# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DEEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00429-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF JOSHUA DEEN'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By a motion filed March 22, 2012, Plaintiff Joshua Deen seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   April 5, 2012**　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE