1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOSHUA DEEN, et al.,                          CASE NO. 1:12-cv-00429-LJO-SMS

                Plaintiffs,

                               ORDER GRANTING PLAINTIFF
   v.                           JOSHUA DEEN'S MOTION TO
                               PROCEED *IN FORMA PAUPERIS*

CITY OF FRESNO, et al.,

                Defendants.     (Doc. 2)
_____/

      By a motion filed March 22, 2012, Plaintiff Joshua Deen seeks to proceed *in forma pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

      Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:**   **April 5, 2012**                    **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE