1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  JOSHUA DEEN, et al.,                          CASE NO. 1:12-cv-00429-LJO-SMS

9                 Plaintiffs,                    ORDER GRANTING PLAINTIFF
                                                 MELISSA OHLER'S MOTION TO
10      v.                                       PROCEED *IN FORMA PAUPERIS*

11  CITY OF FRESNO, et al.,
                                                 (Doc. 3)
12                 Defendants.
                                        /
13

14      By a motion filed March 22, 2012, Plaintiff Melissa Ohler seeks to proceed *in forma*

15  *pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

16  1915(a).

17      Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

18
19
20
21  IT IS SO ORDERED.

22  **Dated:     April 5, 2012**                        /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28

1