# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DEEN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>        Defendants. | CASE NO. 1:12-cv-00429-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF MELISSA OHLER'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 3) |

By a motion filed March 22, 2012, Plaintiff Melissa Ohler seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   April 5, 2012**              /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE

1